IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00961-PAB-MEH

CHARLES FLETCHER,

    Plaintiff,

v.

REDBONE MANAGEMENT CO., LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 8, 2010.**

    Plaintiff's Unopposed Motion to Stay Service and All Further Proceedings [filed June 1, 2010; docket #4] is **denied without prejudice**. The Scheduling Conference set for July 13, 2010, at 9:30 a.m. is hereby **converted** to a Status Conference.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.