IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00961-PAB-MEH

CHARLES FLETCHER,

    Plaintiff,

v.

REDBONE MANAGEMENT CO., LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 25, 2010.**

    The Joint Motion to Vacate Scheduling Conference and to Hold Defendant's Responsive Pleading Deadline in Abeyance [filed October 22, 2010; docket #21] is **granted** as follows. The Scheduling Conference set for October 27, 2010, at 9:30 a.m. is hereby **converted** to a Status Conference. The Court will discuss the responsive pleading deadline at that time.

    The Status Conference will be held in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.