IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00961-PAB-MEH

CHARLES FLETCHER,

    Plaintiff,

v.

REDBONE MANAGEMENT CO., LLC,
RED BONE ALLEY FOODS, LLC,
BARTH INC.,
DALE BARTH in all capacities,
FRANK CHISHOLM in all capacities,
DONNIE OXNER in all capacities

    Defendants.

---

**ORDER**

---

This matter is before the Court on the parties' stipulation to dismiss plaintiff's claims against defendants Dale Barth, Frank Chisholm, and Donnie Oxner [Docket No. 54] and their amended stipulation to administratively close plaintiff's remaining claims [Docket No. 56]. The parties' stipulation for dismissal [Docket No. 54] complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added). Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties to the stipulation for dismissal have agreed to the dismissal of plaintiff's claims with prejudice. Therefore, plaintiff's claims against Dale Barth, Frank Chisholm, and Donnie Oxner were

dismissed with prejudice as to the parties named as of the entry of the parties' joint stipulation for dismissal with prejudice. No Court order is necessary. Upon consideration of the amended stipulation to administratively close plaintiff's remaining claims, the Court finds good cause.

Accordingly, it is

**ORDERED** that plaintiff's claims against Redbone Management, LLC, Redbone Alley Foods, LLC and Barth, Inc. are administratively closed, pursuant to D.C.Colo.LCivR 41.2, with leave to reopen for good cause shown. If no action is taken to reopen this case before May 3, 2012, the case will be dismissed without prejudice without any further notice to either party.

DATED May 3, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge